**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SIG SAUER, INC.,**
a foreign corporation,

    Plaintiff

                                      Case No.: 8:21-cv-00194-KKM-SPF

v.

**D & M HOLDING COMPANY, LLC,** a
Florida limited liability company, **DESIGN
& MANUFACTURING HOLDING COMPANY,
INC.,** a Florida corporation, and
**DANIEL L. POWERS, JR.,** an individual,

    Defendants.
_____/

**PLAINTIFF SIG SAUER'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

 X   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Plaintiff filed a lawsuit against three former employees subject to a noncompete that were hired by Defendants. The case style is:**

**SIG Sauer, Inc. v. Jay Durham, Donald Pile, George Wallace**
**The State of New Hampshire, Rockingham County, SS, Superior**
**Court. Docket No. 218-2021-CV-00018**

____ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 9th day of April, 2021.

    Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ Laura E. Prather*
LAURA E. PRATHER, B.C.S.
Florida Bar No.: 870854
laura.prather@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:(813) 512-3210
Facsimile: (813) 512-3211

*and*

*/s/ Kyle B. Russell*
Kyle B. Russell, Esq.
Kansas Bar No.: 20457
Kyle.Russell@jacksonlewis.com
7101 College Blvd., Suite 1200
Overland Park, KS 66210
(913) 982-5755

*Attorneys for Sig Sauer, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2021, a true and correct copy of the foregoing *Plaintiff Sig Sauer's Notice Of Pendency Of Other Actions* was filed with the Clerk of the Court via the CM/ECF which will automatically provide a copy to counsel of record.

/s/ Laura E. Prather
Attorney