UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SIG SAUER, INC.,**
a foreign corporation,

    **Plaintiff**

v.

Case No.: 8:21-cv-00194-KKM-SPF

**D & M HOLDING COMPANY, LLC,** a
Florida limited liability company, **DESIGN
& MANUFACTURING HOLDING COMPANY,
INC.,** a Florida corporation, and
**DANIEL L. POWERS, JR.,** an individual,

    **Defendants.**
_____/

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff SIG Sauer, Inc. ("SIG Sauer") responds to the Court's Order to Show Cause (Doc. 21) and states as follows:

### I.     Background

1. SIG Sauer brought a complaint against Defendants D & M Holding Company, LLC (D&M LLC), Design & Manufacturing Holding Company, Inc. (D&M Inc.) and Daniel L. Powers, Jr.

2. Defendants first appeared in this action on February 25, 2021 when they filed a motion to dismiss (Doc. 12).

3. Plaintiff filed an Amended Complaint on April 1, 2021 (Doc. 18).

4. Undersigned counsel and counsel for defendants are scheduled to conduct the initial case management conference on April 12, 2021.

## II.   MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure, 6(b)(1)(B), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (B) on motion[1] made after the time has expired if the party failed to act because of excusable neglect. The parties were required to meet and file a Case Management Report within forty (40) days after any defendant appeared in the action. Defendants appeared in the action on February 25, 2021. Forty days from the first appearance was April 6, 2021. Due to a clerical error, the deadline for attending the case management conference was not calendared. Counsel have scheduled the case management conference for April 12, 2021. A case management report will be filed following the conference no later than April 15, 2021.

Accordingly, Plaintiff requests this Court find reasonable cause has been shown and allow this short extension of the time for conducting the case management conference and filing the Case Management Report.

---

[1] Plaintiff requests this response be treated as a motion for extension of time to conduct the case management conference and file the case management report through April 15, 2021.

Dated this 9th day of April, 2021.

           **JACKSON LEWIS P.C.**

*/s/ Laura E. Prather*
LAURA E. PRATHER, B.C.S.
Florida Bar No.: 870854
laura.prather@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: (813) 512-3210
Facsimile: (813) 512-3211

*and*

*/s/ Kyle B. Russell*
Kyle B. Russell, Esq.
Kansas Bar No.: 20457
Kyle.Russell@jacksonlewis.com
7101 College Blvd., Suite 1200
Overland Park, KS 66210
(913) 982-5755

*Attorneys for Sig Sauer, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2021, a true and correct copy of the foregoing *Response to Order to Show Cause* was filed with the Clerk of the Court via the CM/ECF which will automatically provide a copy to counsel of record.

           */s/ Laura E. Prather*
           Attorney