UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-CV-00194-KKM-SPF

SIG SAUER, INC.,
a foreign corporation,

   Plaintiff,

 v.

D&M HOLDING COMPANY, LLC, a
Florida limited liability company, DESIGN &
MANUFACTURING HOLDING
COMPANY, INC., a Florida limited
corporation, and DANIEL L. POWERS, JR.,
an individual,

   Defendants.

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

X  IS  related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

     Plaintiff has a claim for a preliminary injunction pending in the Superior Court for the State of New Hampshire, Rockingham County, against three former employees related to their new employment with Defendant Design & Manufacturing Holding Company, Inc, captioned *SIG Sauer, Inc. v. Jay Durham, Donald Pile, and George Wallace*, Docket No. 218-2021-CV-00018.

\_\_\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: April 12, 2021

                Respectfully submitted,

By: *s/Ryan L. Erdreich*
     Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
     rerdreich@pisciotti.com
     PISCIOTTI LALLIS ERDREICH
     30 Columbia Turnpike, Suite 205
     Florham Park, New Jersey 07932
     Telephone: (973) 245-8100
     Facsimile:  (973) 245-8101
     rerdreich@pisciotti.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of April 2021, I caused the foregoing to be electronically filed with the Clerk of the Court and served on counsel for all parties via the Court's Electronic Case Filing System.

Dated: April 12, 2021

By: *s/ Ryan L. Erdreich*
Ryan L. Erdreich, Esq.
Florida Bar No.: 65712