UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIG SAUER, INC.,
a foreign corporation,

    Plaintiff

Case No.: 8:21-cv-00194-KKM-SPF

v.

D & M HOLDING COMPANY, LLC, a
Florida limited liability company, DESIGN
& MANUFACTURING HOLDING COMPANY,
INC., a Florida corporation, and
DANIEL L. POWERS, JR., an individual,

    Defendants.
_____/

## NOTICE OF SETLEMENT

Plaintiff, SIG SAUER, INC., hereby notifies the Court that this matter has been amicably resolved between the Parties. The Parties are in the process of finalizing paperwork related to the settlement. Therefore, Plaintiff respectfully requests that the Court retain jurisdiction over this case until a notice and/or stipulation of dismissal is filed with the Court.

DATED this 27th day of July, 2022.

Respectfully submitted by,

**JACKSON LEWIS P.C.**

1

By /s/*Brian L. Hayden*
Brian L. Hayden
Florida Bar No. 0058987
Brian.Hayden@jacksonlewis.com
B. Tyler White, FBN: 0038213
Tyler.White@jacksonlewis.com

501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Tele: 904-638-2655
Fax: 904-638-2656

*Attorneys for Sig Sauer, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of July, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF which will automatically provide a copy to counsel of record.

/s/ *Brian L. Hayden*
Attorney

4876-8161-5403, v. 1