UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-CV-00194-KKM-SPF

SIG SAUER, INC.,
a foreign corporation,

        Plaintiff,

v.

D&M HOLDING COMPANY, LLC, a Florida limited liability company, DESIGN & MANUFACTURING HOLDING COMPANY, LLC, a Florida limited liability company, and DANIEL L. POWERS, JR., an individual,

        Defendants.

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, Plaintiff, SIG Sauer, Inc. and Defendants D&M Holding Company, LLC, Design & Manufacturing Holding Company, Inc., and Daniel L. Powers, Jr., by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, with each party to bear its own fees and costs.

Dated: October 4, 2022

Respectfully submitted,

**s/Brian L. Hayden**
Brian L. Hayden
Brian.Hayden@Jacksonlewis.com
**JACKSON LEWIS P.C.**
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: (813) 512-3210
Facsimile: (813) 512-3211
*Attorneys for Plaintiff*

and

**s/Ryan L. Erdreich**
Ryan L. Erdreich, Esq.
rerdreich@pisciotti.com
**PISCIOTTI LALLIS ERDREICH**
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone:   (973) 245-8100
Facsimile:    (973) 245-8101
*Attorneys for Defendants*

## **ORDER**

The stipulation is approved. This action is hereby dismissed with prejudice.

Dated:

_____
Hon.